United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LINDSAY KRESLAKE,

    Plaintiff,

v.

MIDLAND FUNDING, LLC, et al.,

    Defendants.

Case No. 14-cv-01817-VC

**ORDER**

On April 28, 2014, Defendants filed a motion to dismiss. (Docket No. 7). Plaintiff's response was due May 12, 2014. As of the date of this Order, the Court has not received any response (or any other communication) from Plaintiff. Accordingly, Plaintiff is directed to file a response within seven days of this Order, or the case will be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: May 21, 2014

_____
VINCE CHHABRIA
United States District Judge