UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LINDSAY KRESLAKE,

    Plaintiff,

v.

MIDLAND FUNDING, LLC, et al.,

    Defendants.

Case No. 14-cv-01817-VC

**ORDER OF DISMISSAL**

On April 28, 2014, Defendants filed a motion to dismiss. (Docket No. 7). Plaintiff's response was due May 12, 2014. Having received no response from Plaintiff, on May 21, 2014, the Court ordered Plaintiff to respond to the motion by May 28, 2014 and warned that a failure to do so would result in dismissal of the case. (Docket No. 13). As of the date of this Order, the Court has not received any response (or other communication) from Plaintiff. And Plaintiff did not appear at the June 5, 2014 hearing on Defendants' motion. Therefore, this case is dismissed with prejudice for failure to prosecute and failure to comply with a court order.

**IT IS SO ORDERED.**

Dated: June 5, 2014

_____
VINCE CHHABRIA
United States District Judge